[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12721
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00341-MHC-CMS-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCO TEZA MENDEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 9, 2019)

Before MARTIN, ROSENBAUM, and NEWSOM, Circuit Judges.

PER CURIAM:

Dennis C. O'Brien, appointed counsel for Franco Teza Mendez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit on direct appeal, counsel's motion to withdraw is **GRANTED**, and Teza Mendez's convictions and sentences are **AFFIRMED**.